IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | No. 2:05cv2683-Ml/V |
| JAMES E. DODSON and HILL BROTHERS CONSTRUCTION CO. EMPLOYEE BENEFIT PLAN, | ) ) ) ) | MOTION GRANTED  
JON PHIPPS McCALLA  
U.S. DISTRICT JUDGE  
Oct. 25 2005  
DATE |
| Defendants. | ) | |

## MOTION REQUESTING ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS

COMES NOW Plaintiff, Shelby County Health Care Corporation d/b/a Regional Medical Center (hereinafter "The Med"), and submits this Motion Requesting Additional Time to Respond to Motion to Dismiss as the parties are, at this time, attempting to negotiate settlement of the claim. Plaintiff has consulted with counsel for Defendant, C. Paige Herring and Polly M. Haley, who have stated that they have no opposition to the allowance until November 14, 2005, to respond to the Motion to Dismiss.

Therefore, Plaintiff respectfully request that this Honorable Court grant an extension to November 14, 2005, to respond to the Motion to Dismiss.

Respectfully submitted,

TERESA A. McCULLOUGH
Attorney for Plaintiff (17957)
McCULLOUGH & McCULLOUGH
9050 Corporate Gardens Drive
Germantown, Tennessee 38138
(901) 755-8881

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-26-05

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion Requesting Additional Time to Respond to Motion to Dismiss was forwarded, via First Class U.S. Mail, postage prepaid to:

C. Paige Herring
Attorney at Law
P.O. Box 13847
Jackson, Mississippi 39236-3847

Polly M. Haley
Attorney at Law
5050 Poplar Avenue
Suite 1717
Memphis, Tennessee 38157

on this the ___14__ day of __October__, 2005.

TERESA A. McCULLOUGH (17957)
McCullough & McCullough
Attorneys for Plaintiff
9050 Corporate Gardens Drive
Germantown, Tennessee 38138
(901) 755-8881

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02683 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

Polly M. Haley
LAWRENCE & RUSSELL, LLP.
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Gary C. McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Chris Turner
GENERAL SESSIONS COURT
140 Adams Avenue
Memphis, TN 38103

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable Jon McCalla
US DISTRICT COURT